IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MARY PAULA HARVILLE                                                                          PLAINTIFF

V.                                                         CIVIL ACTION NO.: 1:16-cv-64-SA-DAS

CITY OF HOUSTON, MISSISSIPPI                                                         DEFENDANT

ORDER

Pursuant to the Court's Memorandum Opinion issued this day, Defendant's Motion for Summary Judgment [41] is GRANTED. Plaintiff's discrimination claims under Title VII and the ADEA are dismissed. Her retaliation claim is dismissed as well.

SO ORDERED this the 30th day of January 2018.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE